Berry Allen WILLIS, Appellant,

v.

CENTENNIAL MORTGAGE & FUND-ING, INC.; Rider, Bennett, Egan & Arundel; Wells Fargo Bank of Minnesota; James C. Bernstein; Bonnie J. Polta; Daniel M. Gallatin; Chris Lubin; Minnesota Department of Commerce; Hennepin County District Court; State of Minnesota Office of Administrative Hearings; Sharon Denise Atkinson; RSKCO, a CNA Company of Minnesota; Trent E. Bowman; Al Gelschus; Apex Appraisal Services, Inc., c/o Kathleen A. Midthum; Forsythe Appraisal, c/o Tim Forsythe; Holly Hollister; Kathleen A. Midthum; Tim Forsythe; Shara Mras, Appellees.

No. 04–3665.

United States Court of Appeals, Eighth Circuit.

Submitted: April 7, 2006.

Filed: April 11, 2006.

Berry Allen Willis, Brooklyn Park, MN, pro se.

Eric John Magnuson, Diane Bolt Bratvold, John D. Thompson, Jessica R. Wymore, Shelley R. Arff, Rider & Bennett, Minneapolis, MN, Michael J. Tostengard, Attorney General's Office, Rebecca Schiller, St. Paul, MN, Steven Charles Eggimann, Livia Ellen Babcock, Meagher & Geer, Minneapolis, MN, for Appellees.

Holly Hollister, Bloomington, MN, pro se.

1. The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.

Before ARNOLD, BYE, and SMITH, Circuit Judges.

PER CURIAM.

Berry Allen Willis appeals the district court's[1] judgment, in part dismissing for failure to state a claim and in part granting summary judgment against him, in his action under federal civil rights provisions and state law. Having conducted de novo review of the record, see S.J. v. Kansas City Mo. Pub. Sch. Dist., 294 F.3d 1025, 1027 (8th Cir.2002) (summary judgment); Atkinson v. Bohn, 91 F.3d 1127, 1128 (8th Cir.1996) (per curiam) (dismissal for failure to state claim), we find the district court's analysis to be thorough and well reasoned, and we reject Willis's baseless arguments for reversal. Accordingly, we affirm. See 8th Cir. R. 47B. We also deny Willis's pending motion.